The PEOPLE of the State of Colorado, Plaintiff-Appellant,

v.

Richard Anthony TORRES, Defendant-Appellee.

No. 80SA160.

Supreme Court of Colorado, En Banc.

March 2, 1981.

Robert L. Russel, Dist. Atty., James A. Reed, David H. Zook, Deputy Dist. Attys., Colorado Springs, for plaintiff-appellant.

J. Gregory Walta, Colorado State Public Defender Lynn L. Palma, Thomas M. Van Cleave, III, Deborah S. Waldbaum, Deputy State Public Defenders, Denver, for defendant-appellee.

PER CURIAM.

This is an appeal by the district attorney on a disputed question of law relating to a plea bargain. Section 16–12–102, C.R.S. 1973 (1978 Repl.Vol. 8). The issue raised by the district attorney is not supported by a factual predicate in the abbreviated record before us which would permit proper appellate review, pursuant to section 16–12–102, C.R.S. 1973 (1978 Repl.Vol. 8).

Accordingly, we affirm the judgment of the district court.